UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID HARGROVE,
    Plaintiff,

v.                                                   C.A. No. 1:14-cv-13305-WGY

TOMAR ELECTRONICS, INC.,
CROWN EQUIPMENT CORPORATION,
And MILL SPECIALISTS, INC.
    Defendants

## ASSENTED TO MOTION TO ALTER DISCOVERY SCHEDULE

Now comes the Defendant, Mill Specialties, Inc., in the above entitled matter and moves this Court for a limited extension of the Discovery Order.

Lay discovery in this matter is scheduled to expire on June 25, 2015. As the Court may recall, Mill Specialists, Inc. was just added to the case.

Due to the conflicts of Mills Specialists, Inc. and its counsel, Mills Specialists, Inc. is requesting that it be permitted to proffer its 30(b)(6) witness sometime between July 15, 2015 and July 30, 2015.

As further grounds therefore, Mills Specialists, Inc.'s designated witness, Robert Arbuckle, will be out of state the first two weeks of June. Counsel for Mills Specialists, Inc. is scheduled to begin trial on June 16, 2015 in McCoy v. Callahan in the Brockton Superior Court and is further expected to begin trial on June 19, 2015 in Baystate v. Devereaux in Suffolk Superior Court. Counsel for Mills Specialists, Inc. also has a pre-paid scheduled vacation and will be out of state from July 3, 2015 until July 12, 2015.

935634.1

Mills Specialists, Inc. is the distributor for a product at issue in this case which was manufactured by Tomar Electronics, Inc.

As such, Mill Specialties asserts it is highly unlikely that any deposition testimony will alter the plaintiff's theories of liability and consequently this short extension should not upset or alter the otherwise scheduled events.

Respectfully submitted,
The Defendant,
Mill Specialties, Inc.
By Its Attorney,


/s/Robert H. Gaynor
Robert H. Gaynor,  BBO # 187620
SLOANE AND WALSH, LLP
Three Center Plaza, Suite  850
Boston, MA 02108
(617) 523-6010
RGaynor@sloanewalsh.com

ASSENTED TO:

| Counsel for Plaintiff<br>David Hargrove | Counsel for Tomar Electronics, Inc. |
|---|---|
| /s/ Eugene F. Sullivan<br>Eugene F. Sullivan<br>BBO# 554085<br>Sullivan & Sullivan, LLP<br>83 Walnut Street, Suite 100<br>Wellesley, MA 02481<br>781-263-9400<br>e-mail: gsullivan@sullivanllp.com | /s/Robert L. Ciociola<br>Robert L. Ciociola<br>BBO# 084140<br>Litchfield Cavo, LLP, Suite 200<br>6 Kimball Lane, Suite 200<br>Lynnfield, MA 01940-2682<br>781-309-1500<br>e-mail:  ciociola@litchfieldcavo.com |

935634.1

Counsel for Crown Equipment

/s/ David M. Rogers
David M. Rogers
BBO# 542233
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129
617-241-3000
e-mail: drogers@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

I, Robert H. Gaynor, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copiers will be sent to those indicated as non-registered participants on May 21, 2015.

/s/ Robert H. Gaynor
Robert H. Gaynor BBO# 187620

935634.1